

**Jason L. Libou**
212 909-9535 DIR TEL
jlibou@wmllp.com

**WACHTEL MISSRY**
NEW YORK · LOS ANGELES · FLORENCE
WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

March 25, 2021

<u>Via ECF and Facsimile (212-805-7942)</u>

So ordered,

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

/s/ Hon. Alvin K. Hellerstein
March 25, 2021

      Re:    Merlene Dayan and Estate of Raymond Dayan v. Leonora Sutton, et al.
              <u>SDNY Case No. 20-cv-9563 (AKH)</u>

Dear Judge Hellerstein:

      This law firm represents defendants Middlegate Securities Ltd., Albert Sutton and Elias Sutton a/k/a Elliot Sutton (collectively, the "Middlegate Defendants") in the above-referenced action.

      We are writing to request that the Court extend the Middlegate Defendants' time to respond to the First Amended Complaint filed by plaintiffs Merlene Dayan and Estate of Raymond Dayan ("Plaintiffs") to and including April 29, 2021. This is the first request to extend the Middlegate Defendants' time to respond to the First Amended Complaint, which is currently due on March 29, 2021. Plaintiffs' counsel, Gabriel Fischbarg, Esq., consents to this first request for an extension. The requested extension does not affect any other scheduled dates in this action.

      Accordingly, we respectfully request that the Court "so-order" this letter and e-file same on ECF to confirm the new date for the Middlegate Defendants' response to the First Amended Complaint.

      Respectfully submitted,

      *Jason L. Libou*

      Jason L. Libou

Cc: Gabriel Fischbarg, Esq. (via ECF)
     Evan Weintraub, Esq. (via ECF)