UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MERLENE DAYAN, ET AL.,

          Plaintiff(s)

          -v-

ESTATE OF MAYER SUTTON, ET AL.,

          Defendant(s).

---------------------------------------------------------------- x

**SCHEDULING ORDER**

20 Civ. 9563 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for initial conference on May 7, 2021 at 10:00 a.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

      Finally, no later than April 30, 2021, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    April 6, 2021               _____//S//_____
           New York, New York      ALVIN K. HELLERSTEIN
                                           United States District Judge