UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERLENE DAYAN and ESTATE OF RAYMOND DAYAN,<br><br>         Plaintiffs,<br><br>    - against -<br><br>LEONORA SUTTON a/k/a LENORA SUTTON, ESTATE OF MAYER SUTTON, ISAAC SUTTON, ALBERT SUTTON, MORRIS SUTTON, ELIAS SUTTON a/k/a ELLIOT SUTTON, MIDDLEGATE SECURITIES LTD. and ABC Co., Inc. 1-10,<br><br>         Defendants, | Case No. 20-CV-9563 (AKH) |

**DECLARATION OF JASON LIBOU, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

  I, Jason Libou, declare the following under penalty of perjury under the laws of the United States:

  1.  I am a senior associate at the law firm of Wachtel Missry LLP, counsel to defendants Albert Sutton, Elias Sutton a/k/a Elliot Sutton, and Middlegate Securities LTD (collectively, the "Middlegate Defendants"). I submit this declaration in support of the Middlegate Defendants' motion for an order dismissing, in the entirety, the Plaintiffs' First Amended Complaint in this action with prejudice against Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

  2.  The purpose of this declaration is to put before the Court true and correct copies of certain documents referred to in the Middlegate Defendants' motion papers.

  3.  Annexed hereto as **Exhibit A** is a true and correct copy of Plaintiffs' First Amended Complaint.

Dated: New York, New York
April 29, 2021

_____
JASON LIBOU