UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MERLENE DAYAN, et al.,                                       :
                                                             :
          Plaintiffs,                                    :
                                                             :   **ORDER REGULATING**
          v.                                              :   **PROCEEDINGS**
                                                             :
                                                             :   20 Civ. 9563 (AKH)
LEONORA SUTTON, et al.,                                      :
                                                             :
          Defendants.                                     :
                                                             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        By order dated February 24, 2022 I gave Plaintiffs leave to file a Second Amended Complaint (SAC).  Plaintiffs did so on March 25, 2022.  On April 7, 2022, Plaintiffs attempted to file a corrected SAC as the "Second Amended Complaint (Corrected)."  On April 11, 2022 Plaintiffs re-filed the corrected SAC as a "Third Amended Complaint."  *See* ECF No. 62.  By letter dated April 11, 2022 certain of Defendants submitted a letter requesting a conference and seeking clarity as to which complaint they should respond.

        The Second Amended Complaint (Corrected) will be accepted for filing and will be named the "Third Amended Complaint."  Thus, the operative complaint will be the complaint deemed the "Third Amended Complaint" at ECF No. 62.  No conference is necessary.

        Defendants shall have until May 3, 2022 to file any motions to dismiss or answer the Third Amended Complaint.  Plaintiffs shall oppose any motions to dismiss by May 20, 2022 and any replies shall be made by May 27, 2022.

SO ORDERED.

Dated:  New York, New York
          April 13, 2022

                                                      _____/s/_____
                                                      ALVIN K. HELLERSTEIN
                                                       United States District Judge