UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERLENE DAYAN and ESTATE OF RAYMOND DAYAN,

           Plaintiffs,

- against -

LEONORA SUTTON a/k/a LENORA SUTTON, ESTATE OF MAYER SUTTON, ISAAC SUTTON, ALBERT SUTTON, MORRIS SUTTON, ELIAS SUTTON a/k/a ELLIOT SUTTON, and ABC Co., Inc. 1-10,

           Defendants,

Case No. 20-CV-9563 (AKH)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law, defendant Morris Sutton, by and through his undersigned attorneys, will move this Court before the Hon. Alvin K. Hellerstein, at the United States Courthouse, Room 14D, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by this Court, for an order dismissing all Counts of the Fourth Amended Complaint in this action with prejudice against the moving defendant pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, and ordering a hearing to recompense Defendant Morris Sutton for costs associated with motions to dismiss complaints pursuant to Rule 11, and for such other and further relief as deemed appropriate by this Court.

Dated: New York, New York
July 29, 2022

Respectfully submitted,

**WEINBERG ZAREH MALKIN PRICE**

By: _____/s/_____
Omid Zareh
45 Rockefeller Plaza, 20th Floor
New York, New York
(t): (212) 899-5472
ozareh@wzmplaw.com

*Attorneys for Defendant Morris Sutton*