UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERLENE DAYAN and ESTATE OF RAYMOND DAYAN,

                Plaintiffs,

- against -

LEONORA SUTTON a/k/a LENORA SUTTON, ESTATE OF MAYER SUTTON, ISAAC SUTTON, ALBERT SUTTON, MORRIS SUTTON, ELIAS SUTTON a/k/a ELLIOT SUTTON, and ABC Co., Inc. 1-10,

                Defendants,

Case No. 20-CV-9563 (AKH)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the Declaration of Evan Weintraub, dated July 29, 2022, and the exhibits annexed thereto, and the accompanying Memorandum of Law, defendants Albert Sutton and Elias Sutton a/k/a Elliot Sutton, by and through their undersigned attorneys, will move this Court, before the Hon. Alvin K. Hellerstein, at the United States Courthouse, Room 14D, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by this Court, for an order dismissing all Counts of the Fourth Amended Complaint in this action with prejudice against the moving defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 29, 2022

                                            Respectfully submitted,

                                            **WACHTEL MISSRY LLP**

                                            By:     */s/ Evan S. Weintraub*
                                                         Evan Weintraub
                                                         Ryan Roberts
                                                         Wachtel Missry LLP
                                                         885 Second Avenue
                                                         New York, NY 10017
                                                         (t): (212) 909-9500
                                                         (f): (212) 909-9417
                                                         weintraub@wmllp.com
                                                         rroberts@wmllp.com

                                                         *Attorneys for Defendants Albert*
                                                         *Sutton and Elias Sutton a/k/a Elliot*
                                                         *Sutton*

TO:

Gabriel Fischbarg, Esq.
230 Park Avenue, Suite 908
New York, New York 10169
(t) 917-514-6261
gabriel@fischbarglaw.com

*Attorneys for Plaintiffs*

{000530-033/00351087-1}