UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERLENE DAYAN and ESTATE OF RAYMOND DAYAN,<br><br>                              Plaintiffs,<br><br>- against -<br><br>LEONORA SUTTON a/k/a LENORA SUTTON, ESTATE OF MAYER SUTTON, ISAAC SUTTON, ALBERT SUTTON, MORRIS SUTTON, ELIAS SUTTON a/k/a ELLIOT SUTTON, and ABC Co., Inc. 1-10,<br><br>                              Defendants, | Case No. 20-CV-9563 (AKH) |

**DECLARATION OF EVAN WEINTRAUB, ESQ. IN SUPPORT OF DEFENDANTS ALBERT SUTTON AND ELIAS SUTTON a/k/a ELLIOT SUTTON'S MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT**

I, EVAN WEINTRAUB, declare the following under penalty of perjury under the laws of the United States:

1. I am a member of Wachtel Missry LLP, counsel to defendants Albert Sutton and Elias Sutton a/k/a Elliot Sutton (collectively, the "Moving Defendants"). I submit this declaration in support of the Moving Defendants' motion for an order dismissing, in the entirety, the Fourth Amended Complaint in this action with prejudice against Moving Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. The purpose of this declaration is to put before the Court true and correct copies of certain documents referred to in the Moving Defendants' motion papers.

3. Annexed hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint ("FAC"), dated and filed March 1, 2021.

4. Annexed hereto as **Exhibit B** is a true and correct copy of a transcript, dated February 24, 2022, of oral argument of defendants' motions to dismiss the FAC.

5. Annexed hereto as **Exhibit C** is a true and correct copy of a post-conference order ("Post-Conference Order") dismissing the FAC, dated and filed February 24, 2022.

6. Annexed hereto as **Exhibit D** is a true and correct copy of the Third Amended Complaint ("TAC"), dated April 8, 2022 and filed April 11, 2022.

7. Annexed hereto as **Exhibit E** is a true and correct copy of an order dismissing the TAC ("Order"), dated and filed June 21, 2022.

8. Annexed hereto as **Exhibit F** is a true and correct copy of the Fourth Amended Complaint ("4th Am. C."), dated July 15, 2022 and filed July 18, 2022.

Dated: New York, New York
July 29, 2022

                                                  *s/ Evan S. Weintraub*
                                                  EVAN WEINTRAUB