**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MERLENE DAYAN, et al.,

        Plaintiffs,

   -against-           20 **CIVIL** 9563 (AKH)

                     <u>**JUDGMENT**</u>

LEONORA SUTTON, et al.,

        Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order and Opinion dated August 18, 2022, in sum, despite having had four opportunities to amend to cure the deficiencies identified in their pleadings, Plaintiffs have been unable to effect a cure. Accordingly, Defendants' motion to dismiss is granted with prejudice. Judgment is entered in favor of Defendants with costs; accordingly, the case is closed.

**Dated:**  New York, New York

   August 18, 2022

              **RUBY J. KRAJICK**

            _____
              **Clerk of Court**

     **BY:**   K. Mango

            _____
              **Deputy Clerk**