```
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X    Civil Action No. 20-cv-9563
MERLENE DAYAN and ESTATE OF RAYMOND
DAYAN,

          Plaintiffs,
v.

LEONORA SUTTON a/k/a LENORA SUTTON,
ESTATE OF MAYER SUTTON, ISAAC SUTTON,
ALBERT SUTTON, MORRIS SUTTON, and
ELIAS SUTTON a/k/a ELLIOT SUTTON,
and ABC Co., Inc. 1-10,

          Defendants.
-------------------------------------X
```

NOTICE OF APPEAL

Notice is hereby given that Plaintiffs MERLENE DAYAN and ESTATE OF RAYMOND DAYAN in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order and Opinion dated and entered August 18, 2022 dismissing the Fourth Amended Complaint (Docket No. 100) and the Judgment dated and entered August 18, 2022 dismissing the Fourth Amended Complaint (Docket No. 101).

Dated:   New York, New York
         September 15, 2022    ____/s/_____
                               *Gabriel Fischbarg*
                               Gabriel Fischbarg, Esq. (GF 5456)
                               230 Park Avenue, Suite 908
                               New York, NY 10169
                               tele: 917-514-6261
                               email: fis123@yahoo.com

                               Attorney for plaintiff